JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>PRASH, CORPORATION, a California corporation dba La Casa Inn;<br><br>Defendant. | Case No.: 16-cv-04649-JFW-SS<br><br>**ORDER OF DISMISSAL** |

ORDER

Pursuant to F.R.C.P. Rule 41(a)(1), this action is hereby ordered dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: September 1, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

1
**ORDER OF DISMISSAL**